UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
DIETMAR DETERING,

                Plaintiff,

   - against –

THE CITY OF NEW YORK,

                Defendant.
------------------------------------------------------------------------ X

**NOTICE OF APPEARANCE**

Case No. 25-cv-02100(KPF)

**TO THE CLERK OF THE COURT:**

      **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel Genan F. Zilkha, appears as counsel for The City of New York, and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated: New York, New York
       April 2, 2025

            MURIEL GOODE-TRUFANT
            Corporation Counsel of
            the City of New York
            *Attorney for Defendant*
            100 Church Street,
            New York, New York 10007

            By:        /s/
                  Genan F. Zilkha
                  Assistant Corporation Counsel
                  Email: gzilkha@law.nyc.gov
                  Tel: (212) 356-2212

TO: All Counsel (via ECF)