

| | | |
|---|---|---|
| **MURIEL GOODE-TRUFANT**<br>*Corporation Counsel* | **THE CITY OF NEW YORK**<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **Genan F. Zilkha**<br>Phone: 212-356-2212<br>Fax: 212-356-2019<br>E-mail:gzilkha@law.nyc.gov |

April 2, 2025

**Via ECF**
Honorable Katherine Polk Failla
United States District Court for the
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

  Re: **Dietmar Detering v. The City of New York**
     **Case. No. 25-cv-2100(KPF) Request for Extension of Time**

Your Honor:

  I am an Assistant Corporation Counsel in the Office of MURIEL GOODE-TRUFANT, Corporation Counsel of the City of New York, attorney for Defendant The City of New York ("Defendant") in the above-entitled action.

  I write pursuant to Rule 2(C)(i) of the Court's Individual Rules of Practice in Civil Cases to respectfully request an extension of time to respond to the Complaint. Defendant's response to the Complaint is currently due on April 17, 2025; I am requesting an extension of time until May 22, 2025. This is Defendant's first request for an extension of time to respond to the Complaint. Plaintiff's counsel consents to this request. Additional time is required as I was just assigned the case and need the opportunity to confer with my client and review the numerous summonses that form the basis of this action.

            Respectfully submitted,

            /s/ Genan F. Zilkha
            Genan F. Zilkha
            Assistant Corporation Counsel

cc: All parties via ECF
   Courtesy Copy via email to
   Failla_NYSDChambers@nysd.uscourts.gov