

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

T**HE** C**ITY OF** N**EW** Y**ORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Genan F. Zilkha**
Phone: 212-356-2212
Fax: 212-356-2019
E-mail:gzilkha@law.nyc.gov

April 2, 2025

**Via ECF**
Honorable Katherine Polk Failla
United States District Court for the
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007



Re:   **Dietmar Detering v. The City of New York**
      **Case. No. 25-cv-2100(KPF) Request for Extension of Time**

Your Honor:

   I am an Assistant Corporation Counsel in the Office of MURIEL GOODE-TRUFANT, Corporation Counsel of the City of New York, attorney for Defendant The City of New York ("Defendant") in the above-entitled action.

   I write pursuant to Rule 2(C)(i) of the Court's Individual Rules of Practice in Civil Cases to respectfully request an extension of time to respond to the Complaint. Defendant's response to the Complaint is currently due on April 17, 2025; I am requesting an extension of time until May 22, 2025. This is Defendant's first request for an extension of time to respond to the Complaint. Plaintiff's counsel consents to this request. Additional time is required as I was just assigned the case and need the opportunity to confer with my client and review the numerous summonses that form the basis of this action.

                                        Respectfully submitted,

                                        Genan F. Zilkha
                                        Assistant Corporation Counsel

cc:   All parties via ECF
      Courtesy Copy via email to
      Failla_NYSDChambers@nysd.uscourts.gov

Application GRANTED.  Defendant's deadline to respond to the Complaint is ADJOURNED to on or before **May 22, 2025.**

The conference scheduled for May 7, 2025, is ADJOURNED to **May 28, 2025, at 11:00 a.m.**

The Clerk of Court is directed to terminate the pending motion at docket entry 10.

Dated:     April 3, 2025             SO ORDERED.
           New York, New York

                                     HON. KATHERINE POLK FAILLA
                                     UNITED STATES DISTRICT JUDGE