

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Genan F. Zilkha**
Phone: 212-356-2212
Fax: 212-356-2019
E-mail:gzilkha@law.nyc.gov

May 15, 2025

<u>Via ECF</u>
Honorable Katherine Polk Failla
United States District Court for the
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007



Re: Dietmar Detering v. The City of New York
<u>Case. No. 25-cv-2100 (KPF) Request for Extension of Time</u>

Your Honor:

  I am an Assistant Corporation Counsel in the Office of MURIEL GOODE-TRUFANT, Corporation Counsel of the City of New York, attorney for Defendant The City of New York ("Defendant") in the above-entitled action.

  I write pursuant to Rule 2(C)(i) of the Court's Individual Rules of Practice in Civil Cases to respectfully request an extension of time to respond to the Complaint. Defendant's response to the Complaint is currently due on May 22, 2025; I am requesting a 45-day extension of time until July 7, 2025. This is Defendant's second request for an extension of time to respond to the Complaint; the Court granted the first request. Plaintiff's counsel consents to this request.

  Additional time is required as I am currently engaged in discussions with my client regarding our position in the litigation. Although the parties have not yet executed a Civil Case Management Plan and Scheduling Order, the parties also request that the Initial Conference, currently scheduled for May 28, 2025, also be adjourned for 45 days.

Respectfully submitted,

Genan F. Zilkha
Assistant Corporation Counsel

cc: All parties via ECF
Courtesy copy sent to Failla_NYSDChambers@nysd.uscourts.gov

Application GRANTED. Defendant shall answer or otherwise respond to the Complaint on or before **July 7, 2025**. The initial pre-trial conference scheduled for May 28, 2025, is ADJOURNED to **July 9, 2025, at 3:00 p.m.**

As before, the conference will be telephonic. The dial-in information is as follows: On July 9, 2025, at 3:00 p.m., the parties shall call (855) 244-8681 and enter access code 2315 780 7370.

The Clerk of Court is directed to terminate the pending motion at docket entry 13.

Dated:    May 15, 2025
          New York, New York

SO ORDERED.

*[signature: Katherine Polk Failla]*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE