UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

DIETMAR DETERING,

                                                   Plaintiff,     **NOTICE OF APPEARANCE**

- against -                                                    Case No. 25-cv-02100(KPF)

THE CITY OF NEW YORK,

                                                 Defendant.

------------------------------------------------------------------------ X

        **PLEASE TAKE NOTICE** that the undersigned, Assistant Corporation Counsel SETH MOTEL, appears as counsel for Defendant in the above-captioned action, and requests to receive notice of all docket events via the Electronic Case Filing system. I certify that I am admitted to practice before this Court.

Dated:  New York, New York
          July 18, 2025

                                                      MURIEL GOODE-TRUFANT
                                                      Corporation Counsel of the
                                                         City of New York
                                                     *Attorney for Defendant*
                                                     100 Church Street
                                                   New York, New York 10007
                                                 smotel@law.nyc.gov
                                                 Tel: (212) 356-2633

                                                 By:   *Seth A. Motel*

                                                     Seth Motel
                                                     Assistant Corporation Counsel

CC: Plaintiff's counsel (via ECF)