UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DIETMAR DETERING,<br><br>                    Plaintiff,<br><br>            -v.-<br><br>CITY OF NEW YORK,<br><br>                    Defendant. | 25 Civ. 2100 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The Court has reviewed the parties' letters regarding Defendant's anticipated motion to dismiss. (Dkt. #16, 18). Accordingly, the Court sets the following briefing schedule, which accounts for Plaintiff's request for 45 days to amend the complaint: Plaintiff shall file an amended complaint on or before **September 5, 2025**; Defendant shall file its motion to dismiss on or before **October 10, 2025**; Plaintiff shall file any opposition to the motion to dismiss on or before **October 31, 2025**; and Defendant shall file any reply on or before **November 7, 2025**. The pre-motion conference scheduled for July 23, 2025, is ADJOURNED *sine die*.

        SO ORDERED.

Dated:  July 22, 2025
        New York, New York

                                            *Katherine Polk Failla*
                                            _____
                                            KATHERINE POLK FAILLA
                                            United States District Judge