UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

DIETMAR DETERING,

                                        Plaintiff,

                    -against-

THE CITY OF NEW YORK,

                                        Defendant.
------------------------------------------------------------------- x

**NOTICE OF**
**MOTION TO DISMISS**

No. 25-cv-2100

        **PLEASE TAKE NOTICE** that upon the accompanying memorandum of law, Declaration of Seth Motel, and the exhibits attached thereto, and upon the Amended Complaint, Defendant City of New York will move this Court before the Honorable Katherine Polk Failla, at the United States Courthouse located at 40 Foley Square, New York, New York for an order, pursuant to Rule 12(b)(1), (6) of the Federal Rules of Civil Procedure, dismissing the Amended Complaint and for such other and further relief as the Court may deem just and proper.

Dated:      New York, New York
            October 10, 2025

                **MURIEL GOODE-TRUFANT**
                Corporation Counsel of the City of New York
                *Attorney for Defendant*
                100 Church Street
                New York, New York 10007
                (212) 356-2633
                smotel@law.nyc.gov

                BY:

                *Seth A. Motel*
                Seth Motel
                Assistant Corporation Counsel