UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
DIETMAR DETERING,

                                   Plaintiff,

            -against-                    **DECLARATION OF**
                                        **SETH MOTEL**

THE CITY OF NEW YORK,

                                               No. 25-cv-2100
                              Defendant.
------------------------------------------------------------------ x

       **SETH MOTEL**, declares pursuant to 28 U.S.C. § 1746, under penalty of perjury, that the following is true and correct:

       1.     I am an Assistant Corporation Counsel in the office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendant. As such, I am familiar with the facts stated below and submit this declaration to place on the record relevant documents in support of Defendant's Motion to Dismiss the Amended Complaint pursuant to Rule 12(b)(1), (6) of the Federal Rules of Civil Procedure.

       2.     Attached hereto as Exhibit A is the state-court decision referred to in the Amended Complaint at, e.g., ¶¶ 64–67, 68, 99. See Detering v. N.Y.C. Env't Control Bd., No. 159847/2023, NYSCEF Doc. No. 153 (Sup. Ct. N.Y. Cnty. June 13, 2024).

       3.     Attached hereto as Exhibit B is the state-court amended verified complaint referred to in the Amended Complaint at, e.g., ¶¶ 64, 67–68. See Detering v. N.Y.C. Env't Control Bd., No. 159847/2023, NYSCEF Doc. No. 51 (filed Sup. Ct. N.Y. Cnty. Mar. 6, 2024).

Dated:   New York, New York
         October 10, 2025

                                                   *Seth A. Motel*
                                                   Seth Motel
                                                   Assistant Corporation Counsel