

October 27, 2025

Hon. Katherine Polk Failla
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, 500 Pearl Street
New York, New York 10007

By Electronic Filing.

  Re: Case No. 25-cv-2100(KPF), <u>Detering v. City of New York</u>

Dear Judge Failla:

  My firm, with co-counsel, represents Plaintiff in the case named above. Pursuant to the Court's Individual Practices, I write to request an extension of time for Plaintiff to file opposition to the pending motion to dismiss — and at Defendant's request, also seek a corresponding extension of time for Defendant to file a reply. The parties mutually consent to all extensions sought.

  If granted, the parties ask that Plaintiff's opposition be due December 15, 2025; and Defendant's reply be due January 9, 2026.

  Per the Court's Individual Rules, (i) the original due date for opposition is October 31, 2025 and for the reply is November 7, 2025; (ii)/(iii) this is the first such request; (iv) Plaintiff needs additional time to draft opposition papers, and a shorter extension would land in the middle of Thanksgiving travel and the like; and (v) both parties consent to all extensions.

  As ever, I thank the Court for its time and consideration.

               Respectfully submitted,

               /s/
               _____
               J. Remy Green
                *Honorific/Pronouns: Mx., they/their/them*
               **COHEN&GREEN P.L.L.C.**
               *Attorneys for Plaintiff*
               1639 Centre St., Suite 216
               Ridgewood, New York 11385

cc:
All relevant parties by electronic filing.