THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**SETH MOTEL**
Phone: 212-356-2633
E-mail: smotel@law.nyc.gov

August 18, 2026

BY ECF
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

Re: Detering v. City of New York, No. 25 Civ. 2100 (KPF)

Your Honor:

I am an attorney in the office of Steven Banks, Corporation Counsel of the City of New York, counsel for defendant the City of New York ("City") in the above-captioned matter. I write pursuant to Rule 2(C)(i) of the Court's Individual Rules of Practice in Civil Cases to respectfully request an extension of time to answer the Amended Complaint to September 25, 2026.

The Court issued an Opinion and Order, dated July 30, 2026, which granted in part and denied in part the City's Motion to Dismiss the Amended Complaint. ECF No. 29. At that time, the Court also directed the City to "file its answer on or before August 21, 2026," and directed the parties to "provide a joint letter and proposed case management plan on or before September 4, 2026." *Id.* This is the first request to extend the City's time to file an answer to the Amended Complaint. Previously, the City made two requests, on consent, for an extension of time to respond to the original complaint, both of which the Court granted. ECF Nos. 11, 14. In addition, after Plaintiff filed the Amended Complaint, Plaintiff made a request, on consent, to extend the deadlines to complete briefing on the City's Motion to Dismiss the Amended Complaint, which the Court granted. ECF No. 26.

Additional time is required due to the planned vacations of members of both my office and the City's Office of Administrative Trials and Hearings. As the parties have not yet submitted a joint letter and proposed case management plan, the City respectfully requests that the new deadline for that submission be October 9, 2026. Plaintiff's counsel consents to this request.

Respectfully submitted,

*Seth A. Motel*
Seth Motel

Cc: Plaintiff (via ECF)