THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**STEVEN BANKS**
*Corporation Counsel*

**SETH MOTEL**
Phone: 212-356-2633
E-mail: smotel@law.nyc.gov

September 23, 2026

BY ECF
Honorable Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square, Courtroom 618
New York, New York 10007

**MEMO ENDORSED**

Re: Detering v. City of New York, No. 25 Civ. 2100 (KPF)

Your Honor:

I am an attorney in the office of Steven Banks, Corporation Counsel of the City of New York, counsel for defendant the City of New York ("City") in the above-captioned matter. I write pursuant to Rule 2(C)(i) of the Court's Individual Rules of Practice in Civil Cases to respectfully request an extension of time to answer the Amended Complaint to December 22, 2026.

The Court issued an Opinion and Order, dated July 30, 2026, which granted in part and denied in part the City's Motion to Dismiss the Amended Complaint. ECF No. 29. On August 18, 2026, the City submitted a letter motion (on consent) to extend its time to file an answer to the Amended Complaint to September 25, 2026. ECF No. 30. The Court granted the letter motion. ECF No. 31. The instant letter motion is the City's second such request.

Additional time is requested because the parties are actively exploring a settlement that is continuing to require complicated negotiations. As the parties have not yet submitted a joint letter and proposed case management plan, the City respectfully requests that the new deadline for that submission be January 5, 2027. Plaintiff's counsel consents to the City's request.

Respectfully submitted,

*Seth A. Motel*
Seth Motel

Cc: Plaintiff (via ECF)

Application GRANTED. The deadline for the City of New York to answer the Amended Complaint is hereby adjourned to on or before **December 22, 2026.**

The deadline for the parties' submission of their joint letter and proposed case management plan is hereby adjourned to on or before **January 5, 2027.**

The Clerk of Court is directed to terminate the pending motion at docket entry 32.

Dated: September 24, 2026
New York, New York

SO ORDERED.

Katherine Polk Failla

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE